UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>140 TOLL HOUSE HOTEL LLC,<br><br>　　　　Defendant. | Case No. 21-cv-05922-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 11 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: September 23, 2021

WILLIAM H. ORRICK
United States District Judge